UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**PRIORITY SEND**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 11-409-JFW (AJWx)**                                    Date:  May 17, 2011

Title:     Neal Skuro, et al. *-v-* Mobile Messenger Americas, Inc., el al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                            None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE WHY CLASS ACTION ALLEGATIONS SHOULD NOT BE STRICKEN**

The Court on its own motion, hereby orders Plaintiff to show cause, in writing, no later May 25, 2011, why the class allegations should not be stricken from the Complaint for failing to file a motion for class certification as required by Local Rule 23-3.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the class allegations being stricken from the Complaint.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr