JS-6

UNITED STATES DISTRICT COURT

CENTTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL SKURO, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation, d/b/a MOBILE MESSENGER and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO. CV11 00409 JFW (AJWx)<br>*Hon. John F. Walter*<br><br>**ORDER OF DISMISSAL** |

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE.

Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: May 19, 2011

Honorable John F. Walter
United States District Judge

-1-
ORDER OF DISMISSAL